## 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉

CLAUDE MABRY GARDNER, JR. v. COMMONWEALTH OF VIRGINIA.

June 14, 1971.

Record No. 7432.

Present, Snead, C.J., I'Anson, Gordon, Harrison, Cochran and Harman, JJ.

*Charles H. Winberg* (*Winberg and Proffit*, on brief), for plaintiff in error.

*C. Tabor Cronk, Assistant Attorney General* (*Andrew P. Miller, Attorney General; William P. Robinson, Jr., Assistant Attorney General*, on brief), for defendant in error.

> *Judgment affirmed* without opinion by equally divided Court.